AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 10 3950 JCS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  California Department of Education
was received by me on *(date)*  9-2-2010 .

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)*  California Attorney General ⌐ TJ O'neill , who is
designated by law to accept service of process on behalf of *(name of organization)*
California Department of Education  on *(date)* 9-2-2010 ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-2-2010

_____
Server's signature

Eugene Whitlock   Deputy County Counsel
Printed name and title

400 County Center, 6th Floor, Redwood City, CA 94063
Server's address

Additional information regarding attempted service, etc: