AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 10 3950 JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **J.S.**
was received by me on *(date)* **9/2/10** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ELIZABETH AARONSON** , who is
designated ~~by law~~ to accept service of process on behalf of *(name of organization)*
**TINA HARRIS and J.S.** on *(date)* **9/2/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **9/2/10**

_____
Server's signature

**EUGENE WHITLOCK, Deputy County Counsel**
Printed name and title

**400 County Center, 6th Floor, Redwood City, CA 94063**
Server's address

Additional information regarding attempted service, etc:

Elizabeth Aaronson is counsel of record for J.S. and she agreed to accept service on behalf of J.S.