MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
BY: EUGENE WHITLOCK, DEPUTY (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4989
Facsimile:  (650) 363-4034
E-mail:  ewhitlock@co.sanmateo.ca.us

Attorneys for Plaintiff
RAVENSWOOD CITY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J.S., a minor student,<br><br>　　　　　Real Party in Interest,<br><br>CALIFORNIA STATE OFFICE OF ADMINSTRATIVE HEARINGS, JACK O'CONNELL, CALIFORNIA STATE SUPERINTENDENT OF PUBLIC INSTRUCTION, and the CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendants. | Case No. CV 10-3950 JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

　　　On September 3, 2010, I served the following document(s):

- **SUMMONS AND COMPLAINT**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **CIVIL STANDING ORDERS FOR JUDGE JOSEPH C. SPERO**
- **STANDING ORDER RE: CASE MANAGEMENT CONFERENCE**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

Case No. CV 10-3950 JCS

CERTIFICATE OF SERVICE

1  on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the

2  following manner:

3  [X]  (BY OVERNIGHT DELIVERY)  by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

6  [X]  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/
ANNABELLE GAISER

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

AVA YAJIMA  
CALIFORNIA DEPARTMENT OF EDUCATION  
1430 N. STREET, #5319  
SACRAMENTO, CA  95814-5901

*Attorneys for Defendants*  
*California Department of Education and Jack O'Connell, California State Superintendent*

Case No. CV 10-3950 JCS        2
CERTIFICATE OF SERVICE