1 MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
BY: EUGENE WHITLOCK, DEPUTY (SBN 237797)
2 Hall of Justice and Records
400 County Center, 6th Floor
3 Redwood City, CA  94063
Telephone: (650) 363-4989
4 Facsimile:  (650) 363-4034
E-mail:  ewhitlock@co.sanmateo.ca.us
5
Attorneys for Plaintiff
6 RAVENSWOOD CITY SCHOOL DISTRICT

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 RAVENSWOOD CITY SCHOOL DISTRICT, | Case No. CV 10-3950 JCS |
| 12          Plaintiff, | **CERTIFICATE OF SERVICE** |
| 13       vs. | |
| 14 J.S., a minor student, | |
| 15          Real Party in Interest, | |
| 16 CALIFORNIA STATE OFFICE OF ADMINSTRATIVE HEARINGS, JACK | |
| 17 O'CONNELL, CALIFORNIA STATE SUPERINTENDENT OF PUBLIC INSTRUCTION, | |
| 18 and the CALIFORNIA DEPARTMENT OF EDUCATION, | |
| 19          Defendants. | |
| 20 | |

21

22        I do hereby declare that I am a citizen of the United States employed in the County of San Mateo,

23 over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not

24 a party to the within action.

25        On September 3, 2010, I served the following document(s):

26    • SUMMONS AND COMPLAINT
     • ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
27    • CIVIL STANDING ORDERS FOR JUDGE JOSEPH C. SPERO
     • STANDING ORDER RE: CASE MANAGEMENT CONFERENCE
28    • STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the

following manner:

**[X]** (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**[X]** (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/

ANNABELLE GAISER

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

**J.S.**
c/o Tina Harris
272 Verbuena Drive
East Palo Alto, CA 94303

CERTIFICATE OF SERVICE