MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
BY: EUGENE WHITLOCK, DEPUTY (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Plaintiff
RAVENSWOOD CITY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>J.S., a minor student,<br><br>Real Party in Interest,<br><br>CALIFORNIA STATE OFFICE OF ADMINSTRATIVE HEARINGS, JACK O'CONNELL, CALIFORNIA STATE SUPERINTENDENT OF PUBLIC INSTRUCTION, and the CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. CV 10-3950 JCS<br><br>**CERTIFICATE OF SERVICE** |

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On September 13, 2010, I served the following document(s):

- **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION TO STAY THE ADMINISTRATIVE DECISION**
- **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION TO STAY THE ADMINISTRATIVE DECISION**
- **CERTIFICATION OF EUGENE WHITLOCK IN SUPPORT PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION TO STAY THE ADMINISTRATIVE DECISION**

Case No. CV 10-3950 JCS

CERTIFICATE OF SERVICE

1  • **[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION TO STAY THE ADMINISTRATIVE DECISION**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY OVERNIGHT DELIVERY) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/
SHELLEY CUSHERE

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

J.S.
c/o Tina Harris
272 Verbena Drive
East Palo Alto, CA 94303

Elizabeth Aaronson
Law Office of Elizabeth Aaronson
405 El Camino Real #228
Menlo Park, CA 94025

Office of Administrative Hearings
Richard Clark, Presiding Administrative Law Judge
Special Education Division
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4231