# EXHIBIT B

Ravenswood City School District



San Mateo County
## Special Education Local Plan Area

EXISTING DATA REVIEW AND CONFERENCE DECISION

(Check one)  ☒ Evaluation   ☐ Re-Evaluation

Student:

Age: 8

District/COE/Other: RCSD

Date: 4-4-07

Birthdate: 3-20-99

Grade placement: 1st

| Assessment Categories | Examples of Data Sources | Need for further data? | |
|---|---|---|---|
| | | Yes | No |
| Social/ Developmental History | Parent Information | | ✓ |
| Educational History or Early Intervention History | Permanent school records; report cards; attendance records; early intervention services provided | | ✓ |
| Individual Intelligence/ Cognition | Past comprehensive evaluations; independent educational or developmental evaluations, if available from parents | | ✓ |
| Communicative Abilities | Past comprehensive evaluation; speech-language evaluations; programmatic data; classroom teacher/provider observations; independent educational or developmental evaluations, if available from parents | | ✓ |
| Adaptive Behavior or Social/Emotional Development | Past comprehensive evaluations; programmatic data; classroom teacher or service provider observations; independent educational or developmental evaluations, if available from parents; parent observations; disciplinary records; functional behavioral analysis | | ✓ |
| Achievement Developmental Performance (5 Domains for Early Childhood) | Classroom achievement data; data on current performance level; teacher made tests; related services data; report cards; data on effectiveness of adaptations and modifications; data on present educational needs; standardized testing data; independent educational or developmental evaluation | ✓ | |
| Related Services | Related services personnel progress reports; medical reports; may include assessments in the following: audiology, psychological services, physical and occupational therapy, recreation, early identification, counseling services, orientation and mobility | ✓ | |
| Additional Components/Other | Comprehensive evaluation; independent evaluations, if available from parents; current vision and hearing evaluations | ✓ | |

Check One: ☒ Additional data needed (specify)  *vision & hearing results*

☐ No additional data needed (Attach most recent Evaluation/Programming Conference Decision Form.)

Signatures and Titles of Conference Attendees:

_____

_____

_____

_____

_____

_____

• Pupil's File Copy - White
Existing Data Review & Conference Decision

• Parents/Students Copy - Yellow
12/00; 6/01

• Teacher's Copy - Pink

Prepared for printing by San Mateo County SELPA

*Ravenswood City School District*



**San Mateo County**
# Special Education Local Plan Area

| Prior Written Notice | DISTRICT _RCSD_ |
| --- | --- |
| | SCHOOL _Brentwood_ |

To the Parent or Guardian of: _J___ _a___ _fr___ _2___    Date of Birth: _____    DATE _April 4, 2007_

Parent's primary language _English_ _____ English Proficiency: ☐ Limited  ☒ Fluent

1. To determine if this referral was appropriate, district staff reviewed the following:
   - ☒ Student records/academic history/prior assessments, if any
   - ☒ Progress in current program
   - ☒ Teacher information/concerns
   - ☒ Parent information/concerns
   - ☐ Other: _____

2. After reviewing the above, the district proposes the following action:
   - ☐ Conduct an assessment (*Assessment Plan* and *Parent Rights* are attached.)
   - ☒ Refuse assessment (You have due process rights - statement of *Parent Rights* is attached.)
   - ☐ Agree with proposed change/s checked in Section 1 above (*Notice of proposed IEP Team Meeting* is attached.)
   - ☐ Disagree with the proposed change/s (*Notice of proposed IEP Team Meeting* is attached.)
   - ☐ Other: _____

3. The reason for the district's proposed action is _to wait for the vision &_
   _hearing test results from the doctor & the_
   _district nurse (re-evaluation). Parent will_
   _furnish a copy of the doctor's note on 4/5/07._

4. The district also considered other options but rejected them for the reasons given below:
   _____
   _____

5. Other factors believed to be relevant to the district's recommendation are:
   _____
   _____

Please call me if you have any questions or need further explanation of your rights.

_Ms. Mendoza_ _____    _(510) 220-2040_
Name/Title                              Phone

As the parents of a child with a suspected or confirmed disability, you have protections under the procedural safeguards for the Individuals with Disabilities Act (IDEA) and California Education Code §56000, et seq., copies of those rights are attached.

| Date Received by LEA _____ | _____ |
| --- | --- |
| | Signature of Parent/Legal Guardian/Surrogate Parent/Educational Representative/Adult Student |

•Pupil's File Copy – White          •Parent's/Student's Copy – Yellow                    •Teacher's Copy – Pink
Prior Written Notice                Rev. 6/00; 2/01;9/01
(was Notice of Referral/Written Notice of Proposed Action)     Prepared for printing by San Mateo County SELPA

*Ravenswood City School District*

 San Mateo County
## Special Education Local Plan Area

## INSTRUCTIONS: Prior Written Notice

Parents must receive prior written notice whenever the district proposes to or refuses to change:

1. Identification
2. Evaluation
3. Educational placement; or
4. Provision of a free appropriate education

*#10(05?)*
*copy like*
*with*
*Liz Oram*

# Ravenswood City School District
## STUDENT SERVICES DIVISION
### Health Services Department
2160 Euclid Ave., East Palo Alto, California 94303
(650) 329-2800 x143    Fax (650) 289-0892

Maria De La Vega
Superintendent

## District Nurse Referral Form

Laurie Bauer RN, MSPH
*District Nurse*

Student's Name  J_ _ s S_____   Date of Birth _____

School  Brentwood      Grade* | I |  Teacher  Ms. Crews         Room # ____

Referral Contact Name/Title  Liz Oram/Psychologist      Date  3-23-2007

Phone #  714-742-5335    Fax # _____  E-mail  eoram

Reason for referral:

[✓] Initial IEP   [ ] Triennial IEP   [ ] Speech and Language Only   IEP Date _____

**\*Grades screened yearly: K, 2,5,8 and all Special Education Students.
Please check in SASI for results before referring to District Nurse.**

## Hearing Screening

Audio Screening #1:  @ 25 db

| | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|
| RE | 35 | 45 | ✓ | ✓ |
| LE | ✓ | ✓ | ✓ | ✓ |

Passed:    Yes   (No)
Comments:        Refer in 2 wks (April 11th)

Audio Screening #2: @ 25 db

| | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|
| RE | 35 | ✓ | ✓ | ✓ |
| LE | ✓ | 40 | 10 | 35 |

Passed:    Yes   (No)

Screen #1 by: L Mager (RN)  Date 3/27/07   Screen #1 by: L Mager  Date 4/11/07
Referred for medical exam:  (Yes)   No

## Vision Screening

Far Vision:    Rt 20/40   Lt 20/30   Muscle Balance ___   Passed    Yes  (No)

Near Vision:   Complains of blurred vision when reading      Yes   No
               Complains of frequent headaches when reading   Yes   No
Referred for MD exam: (Yes)   No
Screened by: L Mager (RN)              Date _____   **ENTERED**

**Referred for Nurse Visit:** ____   **Date** _____
Reason for referral _____



Maria M. De La Vega
*Superintendent*

# Ravenswood City School District
## STUDENT SERVICES DIVISION
### Health Services Department
2450 Ralmar Street Rm. P3, East Palo Alto, CA 94303
(650) 329-6550  Fax (650) 289-0892

*Board Members:*
Jacqueline Greene, President
Adam Mitchell, Vice President
Todd Gaviglio, Clerk
M.F. Chester Palesoo, Member
Marcelino López, Member

Laurie Bauer RN, MSPH
*District Nurse*

## Report of Hearing Screening

Dear Parent/Guardian:

Your child _S_____ _S_....... recently received a hearing screening examination at school on _4/16/0_ . As a result of hearing screening tests at school, it is recommended that your  should have:

_____ A complete hearing examination by an audiologist        _✓_ A medical examination

### Report of Physician's Examination

Date of exam_____

Ears Canals: Right_____          TM and Middle Ear:  Right_____
　　　　　　　Left_____                          Left_____

Nose: _____
Throat _____          **No evidence of pathology, refer to audiologist_____**

MD Signature_____

Physician's Name:_____
Address: _____

Phone: _____

**Please return to:**
**Laurie Bauer RN, MSPH**
**Health Services Department**
**2160 Euclid Ave**
**East Palo Alto, CA  94303**

### Report of Audiological Examination
(Please fill in below or attach copy of audiogram)

#### Hearing Levels

| ANSI | | | | | | |
|------|-----|-----|------|------|------|------|
| Ear | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
| Right | | | | | | |
| Left | | | | | | |

#### Impedance/Immittance

| Ear | Pass/Fail | PVT |
|------|-----------|-----|
| Right | | |
| Left | | |

Findings:  Right_____          Left:_____

Recommendations:
(Please Check)

____ Noise Protection          ____ Rehab Counseling          ____ Other
____ Hearing Aid Evaluation    ____ Special Seating           ____ Repeat Audio
____ Speech Evaluation         ____ Developmental Evaluation   Date: _____
____ Education Assessment      ____ Special Tests

**Please return to:**
**Laurie Bauer RN, MSPH**
**Health Services Department**
**2160 Euclid Ave**
**East Palo Alto, CA  94303**

Physician's Name: _____
Address: _____

Phone: _____

*Ravenswood City School District*
**HEALTH SERVICES**
2160 Euclid Ave., East Palo Alto, California 94303
(650) 329-2800 x143    Fax (650) 289-0892

Laurie Bauer RN, MSPH
*District Nurse*

Maria De La Vega
Superintendent

## Report of Eye Examination

Dear Parent/Guardian:          D.O.B.

Your child J   2 5 _____ recently received a vision screening examination at school on 3/27/07.

The following results were obtained:
Snellen test:  Right Eye 20/ 40  Left Eye 20/ 30

Additional procedures_____
Comments:_____

It is recommended that your child's eyes be examined by an eye or vision practitioner.

It is requested that you take this form with you, have it completed by the examiner, and then return it to
Laurie Bauer, District Nurse
2160 Euclid Avenue
East Palo Alto, CA   94303

Signature of District Nurse

I give permission to share this information with the school.

Signature of Parent

## Report of Eye Examination to the School

| Name of student | School | Grade | Date examined | Date of reexamination |
|---|---|---|---|---|

| Visual acuity | | Lens requirements | | |
|---|---|---|---|---|
| Without lenses | With lenses | Results | | Frequency |
| R 20/ | R20/ | ☐ Correction not required | | ☐ Wear at all times |
| L 20/ | L20/ | ☐ Correction prescribed | | ☐ Wear for close work |
| | | ☐ Glasses  ☐ Contact Lenses | | ☐ Wear for distance only |

| Diagnosis | Recommendation (special seating, large print, special education placement, etc.) |
|---|---|

| Examiner's signature | Address | Phone number |
|---|---|---|

This form is approved by the Superintendent of Public Instruction , as required by Education Code Section 49456, for reporting results of vision screening testing to parents and guardians and for obtaining recommendations from the professional examiner.

*Send copy back for Liz Oram*



**"OUR CHILDREN – OUR FUTURE"**

### Ravenswood City School District
**STUDENT SERVICES DIVISION**
**Health Services Department**
2160 Euclid Ave., East Palo Alto, California 94303
(650) 329-2800 x143    Fax (650) 289-0892

Maria De La Vega
Superintendent

## District Nurse Referral Form

Laurie Bauer RN, MSPH
*District Nurse*

Student's Name  J. s S                    Date of Birth

School  Brentwood      Grade*  1   Teacher  Ms. Crews       Room #

Referral Contact Name/Title  Liz Oram/Psychologist       Date  3-23-2007

Phone #  714-742-5335    Fax #        E-mail  eoram

Reason for referral:
☐ Initial IEP  ☐ Triennial IEP  ☐ Speech and Language Only   IEP Date

**\*Grades screened yearly: K, 2,5,8 and all Special Education Students.**
**Please check in SASI for results before referring to District Nurse.**

## Hearing Screening

Audio Screening #1:  @ 25 db

|     | 500 | 1000 | 2000 | 4000 |
|-----|-----|------|------|------|
| RE  | 35  | 45   | ✓    | ✓    |
| LE  | ✓   | ✓    | ✓    | ✓    |

Passed:   Yes   (No)
Comments:  Retest in 2 wks (April 1st)

Screen #1 by: L. Mager RN  Date 3/27/07
Referred for medical exam:   Yes   No

Audio Screening #2: @ 25 db

|     | 500 | 1000 | 2000 | 4000 |
|-----|-----|------|------|------|
| RE  |     |      |      |      |
| LE  |     |      |      |      |

Passed:   Yes   No

Screen #1 by:_____Date_____

## Vision Screening

Far Vision:    Rt 20/40  Lt 20/30   Muscle Balance  ok   Passed   Yes  (No)

Near Vision:  Complains of blurred vision when reading     Yes   No
Complains of frequent headaches when reading   Yes   No
Referred for MD exam: (Yes)  No
Screened by: L. Mager RN _____ Date_____

Referred for Nurse Visit: _____   Date_____
Reason for referral_____



**Ravenswood City School District**
HEALTH SERVICES
2160 Euclid Ave., East Palo Alto, California 94303
(650) 329-2800 x143    Fax (650) 289-0892

Laurie Bauer RN, MSPH
*District Nurse*

Maria De La Vega
Superintendent

## Report of Eye Examination

Dear Parent/Guardian:            D. O. B. _____ recently received a vision screening examination at school on 3/27/0

Your child J____ S____

The following results were obtained:
Snellen test: Right Eye 20/ 40  Left Eye 20/ 30

Additional procedures _____

Comments: _____

**It is recommended that your child's eyes be examined by an eye or vision practitioner.**

It is requested that you take this form with you, have it completed by the examiner, and then return it to

Laurie Bauer, District Nurse
2160 Euclid Avenue
East Palo Alto, CA  94303

_Signature of District Nurse_

I give permission to share this information with the school.

_Signature of Parent_

## Report of Eye Examination to the School

| Name of student | School | | Grade | Date examined | Date of reexamin |
|---|---|---|---|---|---|

| Visual acuity | | Results | | Frequency |
|---|---|---|---|---|
| Without lenses | With lenses | ☐ Correction not required | | ☐ Wear at all times |
| R 20/ | R20/ | ☐ Correction prescribed | | ☐ Wear for close wor |
| L 20/ | L20/ | ☐ Glasses  ☐ Contact Lenses | | ☐ Wear for distance |

| Diagnosis | Recommendation (special seating, large print, special education placement, etc.) |
|---|---|

| Examiner's signature | Address | Phone number |
|---|---|---|

This form is approved by the Superintendent of Public Instruction , as required by Education Code Section 49456, for reporting resul
vision screening testing to parents and guardians and for obtaining recommendations from the professional examiner.