# PROOF OF SERVICE

**<u>Ravenswood City School District v. J.S., et al. – U.S.D.C. Case No. CV 10-3950 JCS</u>**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On September 15, 2010, I served the following document(s):

**PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION TO STAY THE ADMINISTRATIVE DECISION; AND**

**PLAINTIFF'S RULE 41 VOLUNTARY DISMISSAL OF STATE SUPERINTENDENT JAC O'CONNELL; AND**

**PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; AND**

**[PROPOSED ORDER] ON PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/
SHELLEY CUSHERE

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Ross Moody, Deputy Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004
*Attorney for Office of Administrative Hearings*
*Richard Clark, Presiding Administrative Law Judge*

Greg Rousseue, Deputy General Counsel
Ava C. Yajima, Deputy General Counsel
CDE
1430 N. Street
Sacramento, CA 95814-5901
*Attorneys for CDE*