MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4989
Facsimile:  (650) 363-4034

Attorneys for Plaintiff
RAVENSWOOD CITY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>J.S., ET AL., Defendants | CASE NO. C10-03950 SBA<br><br>**ORDER ON PLAINTIFF'S OMNIBUS STIPULATION TO REMOVE INCORRECTLY FILED DOCUMENTS AND PROPOSED ORDER**<br><br>**Honorable Saundra Brown Armstrong**<br>**Action Filed September 2, 2010** |

Plaintiff RAVENSWOOD CITY SCHOOL DISTRICT and Defendant J.S. stipulated to the removal of e-filed documents because they contain information that personally identifies the minor Defendant J.S., and his putative guardian ad litem, T.H.  This information should not be available to the public because of privacy concerns and the confidentiality of student records under the Family Education Rights and Privacy Act and California state law.

IT IS HEREBY ORDERED that Docket Numbers 39 through 39-2 (Fourth Motion to Remove); 38 (Motion for Preliminary Injunction); 36 through 36-1 (Third Motion to Remove); 35 (Notice of Unavailability); 30 through 30-3(Second Motion to Remove); 23 (Plaintiff's Voluntary Dismissal); 22 through 22-6 (Motion for Preliminary Injunction); 21 through 21-1 (Motion to Remove); 17 (Re-notice of Motion); 15 through 15-5 (Request for Judicial Notice); 14 (Proposed Order); 13 (Declaration of Whitlock); 11 through 11-6 (Motion for Preliminary Injunction); and 1 be removed from the record.

**OMNIBUS STIPULATION TO REMOVE INCORRECTLY FILED DOCUMENTS AND PROPOSED ORDER**

1   IT IS FURTHERED ORDERED that Plaintiff's Motion for Preliminary Injunction and
2   Defendants' pending motions remain on calendar for November 16, 2010.

4   Dated: 10/20/10

By: *Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT