UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>J.S., a minor student. Real Party in Interest, et al.,<br><br>Defendants. | Case No: C 10-3950 SBA<br><br>**ORDER TERMINATING MOTIONS** |

Defendants Office of Administrative Hearings and Jack O'Connell, in his capacity as State Superintendent of Public Instruction, and the California Department of Education, have filed motions to dismiss. Dkt. 34, 40. Plaintiff has since voluntarily dismissed these Defendants, thereby rendering moot the motions to dismiss.

Separately, Defendant J.S. filed a motion to remove Docket Nos. 19 and 20, which apparently bear the wrong case number. Dkt. 26. However, the docket already reflects that these two documents were incorrectly filed and have been superseded by Docket Nos. 27 and 28. As such, Defendant J.S.'s motion is moot as well. Accordingly,

IT IS HEREBY ORDERED THAT the aforementioned motions to dismiss and motion to remove documents are DENIED as moot. This Order terminates Docket Nos. 26, 34 and 40.

IT IS SO ORDERED.

Dated: November 9, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge