UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J.S., et al.,<br><br>　　　　Defendants. | Case No:  C 10-3950 SBA<br><br>**ORDER DENYING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

　　　　Plaintiff Ravenswood City School District ("the District") filed the instant action seeking judicial review of an Administrative Decision rendered by the California Office of Administrative Hearings in favor of J.S., a student within the District, pursuant to the Individual with Disabilities Education Act ("IDEA").  Among other things, the Administrative Decision requires the District to pay for J.S.'s special education at Stellar Academy and for 600 hours of compensatory education.  J.S.'s counsel has now filed an Application for Appointment of Guardian Ad Litem.  Counsel's cursory application is completely devoid of citations to any legal authority establishing that such an appointment is necessary or appropriate in this case.  Accordingly,

　　　　IT IS HEREBY ORDERED THAT the Application for Appointment of Guardian Ad Litem is DENIED.  Said denial is without prejudice to the resubmission of a motion, consistent with the Civil Local Rules, that provides the Court with the relevant authority demonstrating that the appointment of a guardian ad litem is warranted and that "T.H." is an an appropriate guardian ad litem.  This Order terminates Docket 27.

　　　　IT IS SO ORDERED.

Dated:  November 9, 2010

　　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge