UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAVENSWOOD CITY SCHOOL
DISTRICT,

CASE NO. CV 10-3950 SBA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

J.S.,  a minor, by and through his guardian ad
litem, T.H.

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 12/15/10

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Eugene Whitlock | Ravenswood City School District | (650) 363-4989 | ewhitlock@co.sanmateo.ca.us |
| Alexis Casillas | J.S. | (650) 204-9579 | acasillas@specialeducationalatty.com |
| Roberta Savage | J.S. | (530) 753-4497 | roberta@robertasavagelaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a
telephone conference with a member of the ADR Legal Staff before the Case Management
Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your
phone conference.*

Dated: 11/12/10

/s/ Alexis Casillas
Attorney for Plaintiff

Dated: 11/12/10

/s/ Eugene Whitlock
Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."