UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J.S., a minor, et al.,<br><br>　　　　Defendants. | Case No: C 10-3950 SBA<br><br>**ORDER**<br><br>Docket 28, 47 |

　　　This matter comes before the Court on the following matters: (1) Defendant J.S.'s Motion for Administrative Relief to Protect Defendant's Right to Privacy (Dkt. 28); and (2) Plaintiff Ravenswood City School District's Administrative Motion to File Under Seal (Dkt. 47).

　　　In his administrative motion, J.S. requests that the Court permit him to file the declaration of his putative guardian ad litem, identified as "T.H.," under seal. Said declaration has been proffered in support of J.S.'s motion to have T.H. appointed as his guardian ad litem. See Dkt. 27. However, the Court denied J.S.'s motion, without prejudice, on the ground that his application was facially deficient. (Dkt. 53.) As such, J.S.'s motion to seal T.H.'s declaration is denied as moot.

　　　Plaintiff's motion seeks leave to file Exhibits B and C to its motion for preliminary injunction (Dkt. 22) and page 5 and Exhibit C to the complaint (Dkt. 1) under seal in order to maintain the anonymity of J.S. and his putative guardian ad litem. (Dkt. 28.) There being no opposition to Plaintiff's motion, and finding good cause, the Court grants Plaintiff's motion to seal the aforementioned documents. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Defendant J.S.'s Motion for Administrative Relief to Protect Defendant's Right to Privacy (Dkt. 28) is DENIED, without prejudice.

2. Plaintiff Ravenswood City School District's Administrative Motion to File Under Seal (Dkt. 47) is GRANTED.  Plaintiff shall file its complaint and motion for preliminary injunction *in accordance with General Order No. 62*, which governs the electronic filing of documents under seal, *by no later than the close of business on November 16, 2010*.

3. This Order terminates Docket 28 and 47.

IT IS SO ORDERED.

Dated:  November 15, 2010

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge