UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>             Plaintiff,<br><br>     vs.<br><br>J.S., a minor, et al.,<br><br>             Defendants. | Case No: C 10-03950 SBA<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Docket 78 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's administrative motion to file the administrative record from the proceedings before the California Office of Administrative Hearings under seal is GRANTED. Within seven (7) days of the date this Order is filed, Plaintiff shall provide a courtesy copy of the administrative record to the Court. Each volume of the record shall be contained in an individual three-ring binder, and shall include an index. In addition, due to the voluminous exhibits filed in support of Plaintiff's motion for summary judgment, Dkt. 80, Plaintiff shall, within seven (7) days of the date this order is filed, resubmit courtesy copies of their exhibits in a three-ringed binder. Each binder shall include its own index and side tabs. Defendants shall submit courtesy copies of their exhibits in the same manner.

This Order terminates Docket 77.

IT IS SO ORDERED.

Dated: March 7, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge