1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                              OAKLAND DIVISION
8

| | |
|---|---|
| RAVENSWOOD CITY SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>     vs.<br><br>J.S., a minor, et al.,<br><br>            Defendants. | Case No:  C 10-03950 SBA<br><br>**ORDER CONTINUING HEARING**<br><br>Docket 80 |

   The hearing on Plaintiff's motion for summary judgment (Dkt. 80) and the case management conference scheduled for March 15, 2011, is CONTINUED to **May 17, 2011 at 1:00 p.m.**  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

   IT IS SO ORDERED.

Dated:  April 12, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge